UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


RASHUN LYONS,                          )
                                       )
                 Plaintiff,            )      **JUDGMENT IN A CIVIL CASE**
                                       )      **CASE NO. 5:22-CV-91–D**
        v.                             )
                                       )
                                       )
KILOLO KIJAKAZI,                       )
Acting Commissioner of Social Security, )
                                       )
                 Defendant.            )


**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions
in the M&R [D.E. 22],  GRANTS plaintiff's motion for judgment on the pleadings [D.E. 16],
DENIES defendant's motion for judgment on the pleadings [D.E. 19], and REMANDS the action
to the Commissioner.

**This Judgment Filed and Entered on July 26, 2023, and Copies To:**

Jonathan Blair Biser     (via CM/ECF electronic notification)
Natasha T. McKay         (via CM/ECF electronic notification)
Wanda D. Mason           (via CM/ECF electronic notification)


DATE:                              PETER A. MOORE, JR., CLERK
July 26, 2023                 (By) /s/ Stephanie Mann
                                      Deputy Clerk