IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-cv-91-D

| | |
|---|---|
| Rashun Lyons | )<br>) |
| Plaintiff, | ) |
| v. | )<br>) ORDER for Attorney's Fees |
| Kilolo Kijakazi, | ) Under Equal Access to Justice<br>) Act and Bill of Costs |
| Acting Commissioner of Social Security, | )<br>) |
| Defendant. | )<br>) |

It is hereby ordered that the Commissioner of Social Security pay to the Plaintiff's Attorney the sum of $4,416.00 in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d).

SO ORDERED. This the 16 day of November, 2023.

JAMES C. DEVER III
United States District Judge