UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RASHUN LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:22-CV-91–D** |
| v. | ) | |
| | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security is ordered to pay to the Plaintiff's Attorney the sum of $4,416.00 in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on November 16, 2023, and Copies To:**
Jonathan Blair Biser        (via CM/ECF electronic notification)
Cassia W. Parson            (via CM/ECF electronic notification)
Natasha T. McKay            (via CM/ECF electronic notification)
Wanda D. Mason              (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
November 16, 2023                    (By) /s/ Stephanie Mann
                                     Deputy Clerk