UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RASHUN LYONS, | ) | |
| | ) | **AMENDED** |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:22-CV-91–D** |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant pay to Plaintiff $3,496.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, J. Blair Biser and mailed to the office address in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on November 17, 2023, and Copies To:**
Jonathan Blair Biser         (via CM/ECF electronic notification)
Natasha T. McKay            (via CM/ECF electronic notification)
Cassia W. Parson            (via CM/ECF electronic notification)
Wanda D. Mason              (via CM/ECF electronic notification)

DATE:                                          PETER A. MOORE, JR., CLERK
November 17, 2023                       (By) /s/ Stephanie Mann
                                                      Deputy Clerk